VINCENT GAMBARDELLA, an Infant, by THERESA GAMBARDELLA, His Guardian ad Litem, Respondent, v. SAVERO GUARASCIO and Another, Defendants; ARTHUR DREYER, Appellant. Motion for leave to appeal to the Appellate Division denied, without costs. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.

In the Matter of the Application of FRANK GERSCHINSKY, Respondent, for Peremptory Order of Mandamus against LEWIS E. LAWES, as Warden of Sing Sing Prison, and Others, Constituting the Prison Board of Sing Sing Prison, and EDWARD P. MULROONEY, as Commissioner of Correction of the State of New York, Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston and Adel, JJ.; Close, J., not voting.

SIDNEY KOHN, Respondent, v. NEW WAY AUTO PAINTING CORP., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.

IRENE J. ROBERTS, Respondent, v. ARTHUR HARDONCOURT, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.

93RD STREET CORPORATION, Respondent, Appellant, v. EDWARD J. KINGSBURY and Others, Defendants, and VICTORIA HAKIM, Intervenor, Appellant, Respondent.— Motions for reargument denied, without costs. Motions for leave to appeal to the Court of Appeals denied. Present — Hagarty, Johnston, Adel and Close, JJ.; Carswell, J., not voting.

EDWARD G. WOLF, Respondent, v. HOFFMAN'S VEGETARIAN Co., INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Hagarty, Carswell, Johnston, Adel and Close, JJ.

## (October 18, 1937.)

CLINTON TRUST COMPANY, as Trustee for Certificate Holders of Guarantee Number 185485 of the BOND AND MORTGAGE GUARANTEE COMPANY, Appellant, v. JOHN MAHONEY and Others, Defendants; CORNELIUS J. MURRAY and BOND AND MORTGAGE GUARANTEE COMPANY, in Rehabilitation, and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Rehabilitator of the BOND AND MORTGAGE GUARANTEE COMPANY, Respondents.— Order denying plaintiff leave to enter a deficiency judgment in foreclosure affirmed, with ten dollars costs and disbursements. It has been held and seems to be the law in this State that a motion is " made " when it is returned in court and not when the notice is served. (Cleary v. New York State Railways, 199 App. Div. 28; Low v. Bankers Trust Co., 265 N. Y. 264.) Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.

ARTHUR W. Cox, Respondent, v. FLORENCE A. Cox, Appellant.— Order denying defendant's motion to vacate and set aside an interlocutory decree of divorce and to open defendant's default in proceeding to trial affirmed, without costs. No opinion. Hagarty, Carswell, Davis, Adel and Taylor, JJ., concur.